```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


MICHAEL J. RUGGIERI, ET AL    )
                              )
            Plaintiff,        )    CIVIL ACTION NO.
                              )    10-11754-DPW
                              )
        v.                    )
                              )
SOUTHERN NEW ENGLAND          )
ERECTORS, CORP.,              )
                              )
            Defendants.       )
```

<u>MEMORANDUM AND ORDER</u>
March 29, 2013

The plaintiff Administrator of certain Union employee benefit funds sought through a motion (#119) for attorneys fees and costs, on the basis of contract and under ERISA, an award of attorneys fees and costs incurred in this case to compel the audit of the defendant's payroll records which resulted in a finding of no delinquency.  The defendant has responded with a motion (#41) seeking its own attorneys fees and costs under ERISA.  In reply the plaintiff seems to have abandoned the contract theory of recovery, likely because it presents an arbitrable dispute between the parties as to which I would abstain.  Focusing on the ERISA theory, I will deny both motions.

There is a background of contention among the plaintiff, the defendant and the National Labor Relations Board.  The particulars of the several disputes among them are material to

the motions before me to the degree that they present a context in which the audit request may be viewed as but one front in a larger war.  The plaintiff used the leverage of this litigation to obtain an audit but did not establish any deficiency.  I cannot say that in their jockeying for a balance of advantage in their disputes that either party before me has demonstrated grounds for me to exercise my discretion to award ERISA fees and costs.  The respective outcomes for the parties do not constitute sufficient success on the merits of the litigation to establish a necessary predicate for the award of fees to an ERISA litigant. *Hardt* v. *Reliance Standard Life Ins. Co.*, 130 S.Ct 2149, 2158 (2010).

Accordingly, the parties respective motions for attorneys fees and costs (##s 36 and 41) are hereby DENIED.

*/s/ Douglas P. Woodlock*
DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT